CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 22 2022

JULIA C. DUDLEY, CLERK
BY: /s/ Hanson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Divison

Roger Lee Compton, Jr
    Plaintiff

v.                           Civil Action No: 7:21-cv-00478

Laurence S Wang, M.D
    Defendant

Reply to Defendants Document 37 Filed 8-3-22

Plaintiff ask the court not to grant Defendants motion to dismiss. Plaintiff did not know Defendant was accepting admission of guilt page 8 of 9. Medical Records would show how many times Defendant saw Plaintiff and delibertly perscribed a medication that is in no way designed to treat a S.T.D. Defendant is a Medical Doctor and knows protocall for any S.T.D is to Draw Blood or swab infected area and send to lab for testing, also to start on antibiotic. Protocall is not to say, well you have a S.T.D but I'm going to give you treatment for a headache. In Iko the United States Court of Appeals

1/3

for the Fourth Circuit cited the following standard for determining the presence or absence of a "serious medical need" Beginning with the objective componant [ of the Eight Amendment analysis ] a serious medical need is one that has been diagnosed by a physican as mandating treatment or one that is so obvious that even a lay person would easily recognoize the nessity of a doctors attention. 535 F 3d at 241 (quoting Henderson v Sheahan 196 F 3d 839, 846 (7th Cir 1999) In the Plaintiffs case blistering, swelling, pain, bumps, was actually diagnosed by Defendant but not treated. Plaintiff was physically and mentally torchered by Defendant. Defendant did not properly treat plaintiff until Plaintiff exsposed his penis in the Pittsylvania County Circuit Court holding cell on May 10, 2021 to his attorney a several Officers (This is on video) In which the lay people stated On my God it looks like cottage cheese you need to see a doctor. To Plaintiffs knowledge the Defendant is with holding Plaintiffs Medical Records and will not turn them over to D.O.C. Plaintiff prays the court will not grant the motion to dismiss with prejudice in fact that this case not be dismissed at all. The Defendant should be held responsible for his actions; Plaintiff should not have been denied proper care due to his proverty or education.

Roger Compton
Roger Compton
8·12·22

## Facts

Nov 26 2020 1st week of Dec bumps, pain, swelling told M.D. Wang. He knew I had STD, Herpes, Aids, etc.; why didn't he just test me. Any doctor knows this.

So for months M.D. Wang did not test nor treat the correct medical condition... even though the patient actually produced his penis in court holding cell to show his "serious medical need," the lay people "said it looks like cottage cheese". This form lay people is easily recognizeing the necessity for doctors attention. Iko v Shreve, 535 F 3d 225, 241 (4th Cir 2008). After testing in May 2021 and proper diagnoisis 3 month antibotics were needed to treat the STD which had been allowed to ravage Defendants body. MD Wang's' response to this months long diliberate indifference to save the medical company money is to say "I'm dumb" just to hide behind technicalities, even lay people know to test and find the correct problem not wait months.

Roger Compton
Roger Compton

Part II

    Plaintiff ask that he be appointed Counsel, due to lack of education, and ability to understand the proper motions of the court. Plaintiff has been shot in the head in the past and has trouble understanding what he reads. Plaintiff has no possible way to seek even a contingency attorney due to lack of sources. Therefore Plaintiff ask the court not to grant the Defendants motion to not appoint counsel. If the court does grant defendants motion and Counsel is not appointed Plaintiff would still ask the motion to dismiss be denied and move forward with this case.

# CERTIFICATE OF SERIVE

This Hereby certifies that on this 12th day of August 2022, a true copy of the forgoing was mailed by U.S. Mail Postage Paid to:

United States District Court; Clerk
210 Franklin Rd RM 540
Roanoke, VA 24011

And

Lewis Brisbois Bisgaard & Smith
10 South Jefferson Street Suite 1100
Roanoke, VA 24011

Roger Compton
*Roger Compton*

Roger Compton #1382560
421 Barnfield Rd
Hayersville, VA
　　22472



United States District Court
Office Of Clerk
210 Franklin Rd RM 540
Roanoke, VA 24011

240118 2208 C001